# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-12595** |
| **Mark Nottingham** | : | **Chapter 13** |
| **Carolynn Nottingham** | : | **Judge Eric L. Frank** |
| | : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| **Debtor(s)** | : | |
| | : | |
| **Chimera REO 2018-NR1 LLC** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| | : | **August 20, 2019 at 9:30 a.m.** |
| **vs** | : | |
| | : | |
| **Mark Nottingham** | : | **U.S. Bankruptcy Court** |
| **Carolynn Nottingham** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Chimera REO 2018-NR1 LLC has filed a Motion for Relief from the Automatic Stay to permit Chimera REO 2018-NR1 LLC to foreclose on 1218 Primrose Court, Bensalem, PA 19020.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 10, 2019, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

19-023549_CAM4

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on August 20, 2019 at 9:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: __July 26, 2019_____

19-023549_CAM4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-12595** |
| **Mark Nottingham** | : **Chapter 13** |
| **Carolynn Nottingham** | : **Judge Eric L. Frank** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Chimera REO 2018-NR1 LLC** | : **Date and Time of Hearing** |
| Movant, | : **Place of Hearing** |
| | : **August 20, 2019 at 9:30 a.m.** |
| vs | : |
| | : |
| **Mark Nottingham** | : **U.S. Bankruptcy Court** |
| **Carolynn Nottingham** | : **900 Market Street, Courtroom #1** |
| | : **Philadelphia, PA, 19107** |
| **William C. Miller** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from the Automatic Stay to permit Chimera REO 2018-NR1 LLC to foreclose on 1218 Primrose Court, Bensalem, PA 19020 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Brad J. Sadek, Attorney for Mark Nottingham and Carolynn Nottingham, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July  26 , 2019:

Mark Nottingham, 1218 Primose Court, Bensalem, PA 19020

Mark Nottingham and Carolynn Nottingham, 1218 Primrose Court, Bensalem, PA 19020

19-023549_CAM4

OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN  47708

DATE:  July 26, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-023549_CAM4