

MANLEYDEAS.COM

P.O. BOX 165028
COLUMBUS, OH 43216
P 614-220-5611 | F 614-220-5613

March 16, 2020

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Philadelphia, PA 19107

    Re:    Chimera REO 2018-NR1 LLC v.
           Mark Nottingham and Carolynn Nottingham
           Case No. 19-12595
           Our File No. 19-023549

Dear Sir/Madam:

Please be advised that your clients, Mark Nottingham and Carolynn Nottingham, have failed to comply with the Agreed Order entered into on August 19, 2019 on behalf of the above referenced Debtors.

The Debtors are currently behind through March, 2020 as follows:

|  | Amount | # of Pmts Behind | Total |
|---|---|---|---|
| Regular Mortgage Payments for February, 2020 - March, 2020 | $2,470.19 | 2 | $4,940.38 |
| Attorney Fees | $100.00 |  | $100.00 |
| **TOTAL:** |  |  | **$5,040.38** |

Please note that this letter serves as a Notice of Default and opportunity to cure the arrearage stated above. **You will have ten (10) days from the date of receipt of this letter in which you must remit the funds listed above. If no response is received within ten (10) days, the Stay will automatically terminate without further notice or motion, upon the filing of a Certification of Default.**

**PLEASE ALSO NOTE THAT THE APRIL 1, 2020 PAYMENT IN THE AMOUNT OF $2,470.19 WILL ALSO BE DUE, BUT IS NOT YET IN DEFAULT UNDER THE AGREED ORDER.**

Should you have any questions regarding this matter, please do not hesitate to contact me at 614-222-4921.

Very truly yours,

Karina Velter

19-023549_JDD1

CC:     Mark Nottingham and Carolynn Nottingham
            1218 Primrose Court
            Bensalem, PA 19020

19-023549_JDD1