UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| | : | |
| Mark Nottingham | : | Case No.: 19-12595(ELF) |
| Carolynn Nottingham | : | |
| | : | |
| Debtors | : | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., certify that on the date indicated below, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pa 19105

**CHIMERA REO 2018-NR1 LLC**
**Nationstar Mortgage LLC d/b/a Mr. Cooper**
ATTN: Bankruptcy Dept
PO Box 619096
Dallas TX 75261-9741

Dated: July 21, 2020

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107