**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Mark Nottingham | : | Case No.: 19-12598ELF |
| Carolynn Nottingham | : | |
| | : | |
| Debtors | : | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq., hereby certify that on July 21, 2020, a true and correct copy of the <u>Modified Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims.

Very Truly Yours,

Date:   July 21, 2020

***/s/ Brad J. Sadek, Esquire***
Brad J. Sadek, Esquire